**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1099**

_____

In re:  ERIC JORDAN,

               Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the District of Maryland, at Baltimore.  (1:11-cr-00094-RDB-2)

_____

Submitted:  March 28, 2025                                     Decided:  April 17, 2025

_____

Before KING and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Eric Jordan, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Jordan petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2255 motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has ruled on Jordan's § 2255 motion. Because the district court recently decided Jordan's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*